UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE<br>ADMINISTRATIVE INSPECTION:<br><br>In re: ZINA FARMS SITE<br>       1 Zina Road<br>       Parcel ID: 108565<br>       Hudson, Massachusetts | Case No. 22-MJ-7128-JCB |

**APPLICATION FOR AN ADMINISTRATIVE WARRANT PURSUANT TO
CERCLA SECTION 104(e)**

TO:   THE HONORABLE JENNIFER C. BOAL, UNITED STATES MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The United States of America, by and through undersigned counsel, on behalf of the United States Environmental Protection Agency ("EPA"), seeks a civil administrative warrant pursuant to Section 104(e) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9604(e). EPA seeks access to property totaling 9.6 acres located at 1 Zina Road (Parcel ID: 108565), Hudson, Massachusetts (the "Site") in order to conduct a preliminary assessment and site investigation to determine the extent to which current conditions on the Site pose a threat to the public health or the environment, as follows:

To enter in, through, or upon the premises of the Site, for a period of 180 days, to (1) conduct site walks within the Site to determine how and where to perform sampling; (2) survey the Site and take measurements of the topography of the Site to obtain information relevant to the selection of sampling locations on the Site; (3) take photographs and/or video to document conditions at the Site; (4) collect soil, sediment, water, and air samples from the Site as may be determined necessary; (5) collect samples from/of, and/or conduct analysis of, solids and/or liquids generated, stored, or disposed of on-site; (6) drill or excavate holes for the

investigation of conditions under the ground surface of the Site; (7) take other actions related to the investigation of surface or subsurface contamination resulting from the release or threat of further releases on the Site; and (8) review and copy any documentation, if discovered, pertaining to hazardous substances, pollutants, or contaminants, or hazardous wastes, that were generated, treated, stored, or disposed of at the Site.

     In support of this application, the United States submits the accompanying Memorandum in Support of the Application for an Administrative Warrant, together with the Affidavits of Nico James and Cooper Kimball-Rhines, and a proposed Administrative Inspection Warrant.

     WHEREFORE, the United States requests that this Court grant the United States' Application and approve the proposed Warrant for EPA to enter 1 Zina Road in Hudson, Massachusetts for a period of one hundred and eighty (180) days.

Respectfully submitted,

HENRY S. FRIEDMAN
Assistant Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice

Dated: May 4, 2022

/s/ Mae C. Bowen
MAE C. BOWEN
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Phone: (202) 532-3345
E-Mail:  mae.bowen@usdoj.gov

RACHAEL S. ROLLINS
United States Attorney

*/s/ Annapurna Balakrishna*
ANNAPURNA BALAKRISHNA
Assistant United States Attorney
United States Attorney's Office
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts, 02210
Telephone: (617) 748-3111
E-Mail: annapurna.balakrishna@usdoj.gov

OF COUNSEL:

MICHELLE LAUTERBACK
Senior Enforcement Counsel
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 1
5 Post Office Square, Suite 100
Boston, MA 02109